

MEMBER NY, NJ, & D.C. BAR

# LUIS O. DIAZ
### ATTORNEY AND COUNSELOR AT LAW

710 WEST 190TH STREET
SUITE D
NEW YORK, NEW YORK 10040
TEL: (212) 942-6400 • FAX: (212) 942-3900





May 22, 2008

By Hand

Honorable Alvin K. Hellerstein
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   **United States v. Manuel Baldera**
           **S1 07 Cr. 753 (AKH)**

Dear Judge Hellerstein:

    We are writing to request permission from your Honor to allow Mr. Baldera to visit his family on Dominican Mother's Day at 97-24 42nd Avenue, Apt. # 1, Corona, NY 11368 on May 25, 2008. He will be leaving at noon and will be returning at midnight.

    Should you require any additional information, please contact my office at your convenience.

                                       Respectfully Submitted,

                                       Luis O. Diaz, Esq.

cc: Marshall A. Camp, AUSA (via facsimile: 212.637.0086)
     Gianfranco Furelli, U. S. Pretrial Services Officer (via facsimile: 212.805.4175)