

MEMBER NY, NJ, & D.C. BAR

# LUIS O. DIAZ
## ATTORNEY AND COUNSELOR AT LAW
710 WEST 190TH STREET
SUITE D
NEW YORK, NEW YORK 10040
TEL: (212) 942-6400 • FAX: (212) 942-3900



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

June 4, 2008

VIA FACSIMILE: 212.805.7942

Honorable Alvin K. Hellerstein
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

*Motion withdrawn on consent. 6-16-08* /s/ AKH

Re: **United States v. Manuel Baldera**
S1 07 Cr. 753 (AKH)

Dear Judge Hellerstein:

I am writing to the court to respectfully request that I be permitted to withdraw as counsel for Mr. Baldera. This matter is scheduled for conference before your Honor on June 16, 2008 at 10:00A.M. and is scheduled for trial on June 23, 2008 at 10:00A.M. At this time Mr. Baldera has indicated that he can no longer afford private counsel and that he is unable to pay the trial fees we had agreed to.

In addition, Mr. Baldera and I have had a substantial breakdown in communication. Mr. Baldera and I have had several meetings in the last several weeks to discuss a possible disposition or trial. Similarly, the Government and the Defense have had several telephone conferences regarding a possible resolution or trial in this matter. At this time the communication between Mr. Baldera and my self have deteriorated to a point that I do not believe I can effectively represent him at trial. Accordingly, I respectfully request that Mr. Baldera be appointed CJA counsel to represent him at trial.

I am available tomorrow or Friday for any conference the court may wish to hold.

Respectfully Submitted,

Luis O. Diaz (MB)

Luis O. Diaz, Esq.

cc: Manuel Baldera
Marshall A. Camp, AUSA (via facsimile: 212.637.0086)
Julian J. Moore, AUSA (via facsimile: 212.637.2429)