UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :          WAIVER OF INDICTMENT

       - v. -                       :          S7 07 Cr. 753 (AKH)

MANUEL BALDERA,
                              :

               Defendant.          :

- - - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
MANUEL BALDERA

_____
Witness

_____
Luis Díaz, Esq.
Counsel for MANUEL BALDERA

Date:      New York, New York
          June 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 16 08