

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

                 :

UNITED STATES OF AMERICA     :

         - v. -       :

                 :

MANUEL BALDERA,        :     INFORMATION

                 :

         Defendant.   :     S7 07 Cr. 753 (AKH)

                 :

- - - - - - - - - - - - - - - - x

## COUNT ONE

    The United States Attorney charges:

    1.   From in or about June 2007 through on or about July 12, 2007, in the Southern District of New York, MANUEL BALDERA, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the distribution, and possession with intent to distribute, of heroin by another person, unlawfully, willfully, and knowingly did conceal and did not as soon as possible make known the commission of that felony to some judge and other person in civil and military authority under the United States.

    (Title 18, United States Code, Section 4.)

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**MANUEL BALDERA,**

**Defendant.**

**INFORMATION**

S7 07 Cr. 753 (AKH)

(Title 18, United States Code,
Section 4.)

MICHAEL J. GARCIA
United States Attorney.

6/16/08

Waiver + Information filed. Deft arraigned on information S707Cr753.
Deft pres. w/atty. Luis Diaz, AUSAs Julian Moore + Marshal Camp
pres, Court reporter Joanne Mancari pres, Interpreter Manuel
Festinger pres, Deft enters a plea of guilty to information
S707Cr753(AKH). PSI ordered. Sentencing set for
10/3/08 @ 11:30 a.m. Deft previously cont'd on bail
Electronic monitoring is suspended.

Hellerstein, J